**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000466**
**07-NOV-2025**
**08:12 AM**
**Dkt. 61 OAWST**

NO. CAAP-24-0000466

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AMANDO B. TOLENTINO, JR.; FILEGRINA V. TOLENTINO;
and LON R. WOODS, Plaintiffs-Appellants,
v.
PATRICIA L. CHINN, Individually and as
Trustee under the Declaration of Revocable Trust of
Patricia L. Chinn, dated December 19, 2001,
Defendant/Crossclaimant/Third-Party Plaintiff-Appellee, and
TERRITORIAL SAVINGS BANK, Defendant/Crossclaimant-Appellee, and
BANK OF AMERICA, N.A., Defendant/Crossclaim Defendant-Appellee,
and FEDERAL HOME LOAN MORTGAGE CORPORATION,
Third-Party Defendant-Appellee; and
DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0000050)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakasone, Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Appeal" (**Stipulation to Dismiss**) filed on November 3, 2025, by Plaintiffs-Appellants Amando B. Tolentino Jr. et al. and Defendants-Appellees Patricia L. Chinn, Territorial Savings Bank, and Bank of America, N.A.; the papers

in support; and the record; it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorney's fees and costs on appeal; and (3) the Stipulation to Dismiss is signed by counsel for all parties appearing in the appeal.

Therefore, IT IS ORDERED that the Stipulation to Dismiss is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, November 7, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge